# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10005

_____

QUWANDA CANNION PHILLIPS,

                                                Plaintiff-Appellant,

*versus*

FEDEX GROUND PACKAGE SYSTEM, INC.,
"Fed Ex" or the "Company",

                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-02137-RBD-LHP

_____

2                          Order of the Court                          23-10005

ORDER:

    Appellant's Motion for Leave to File Reply Brief is DENIED.

        /s/ Nancy G. Abudu
        UNITED STATES CIRCUIT JUDGE